BORAH *v.* WILSON.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF ILLINOIS.

No. 309. Argued and submitted April 15, 1891. — Decided April 20, 1891.

This case is affirmed upon the authority of *Harter* v. *Kernochan,* 103 U. S. 562, and other cases.

THIS was an action brought by citizens, owners of real estate and taxpayers in Wayne County, Illinois, against the officers of that county to have certain issues of bonds of that

county cancelled as invalid, and an injunction issued to prevent the levy of taxes to pay any of the principal or interest upon them.

*Mr. H. Tompkins* for appellants submitted on his brief.

*Mr. George A. Sanders* for appellees. *Mr. T. C. Mather, Mr. J. A. Connolly* and *Mr. O. J. Bailey* filed a brief for same.

PER CURIAM. The decree of the Circuit Court is affirmed upon the authority of *Leach* v. *The People*, 122 Illinois, 420; *Harter* v. *Kernochan*, 103 U. S. 562; *Bonham* v. *Needles*, 103 U. S. 648.

*Affirmed.*